# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 30, 2020 |
| TIME: | 4:30 |
| DOCKET NUMBER(S): | CV-19-3342 (EK) |
| NAME OF CASE(S): | Garcia, et al v Carranza |
| FOR PLAINTIFF(S): | Leipziger, Lamb, Cook, Broodie-Stewart |
| FOR DEFENDANT(S): | Birnbaum |
| NEXT CONFERENCE(S): | Telephone Settlement Conference - October 8, 2020 at 2:00 p.m. |
| FTR/COURT REPORTER: | N/A |

RULINGS FROM Telephone Conference:

Parties are continuing to engage in settlement discussions but have experienced some delays due to the pandemic. The Third MOTION for Extension of Time to Complete Discovery [26] is granted.

The deadline for completion of Phase I discovery is extended to October 5, 2020. The August 20, 2020 settlement conference is adjourned to October 8, 2020. Plaintiffs will call in at 2:00 p.m. Defendants will call in at 2:30 p.m. Ex parte settlement statements shall be filed by October 5, 2020.