

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

December 1, 2024

*Via ECF*

The Honorable Steven L. Tiscione
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  <u>Garcia, *et al.* v. Aviles-Ramos, *et al.*</u>, No. 19 CV 3342 (EK)(ST)

Dear Magistrate Judge Tiscione:

I am an Assistant Corporation Counsel in the office of the Acting Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the Defendants in the above-referenced action. I write in connection with the parties' November 27, 2024 status report to the Court.

As the Court is aware from its face, that November 27, 2024 letter was authored and signed by myself, although the ECF docket suggests that it was filed by a colleague of mine at the New York City Law Department, Chlarens Orsland. However, this is not correct—and I only became aware of this error upon reviewing the ECF docket this evening. At the time of the filing of the parties' joint status letter, I had assisted Mr. Orsland in submitting a separate filing in another case and inadvertently failed to close out of his account before filing the joint status letter in this action. To be clear, I wrote and filed the November 27, 2024 joint status letter in conjunction with Plaintiffs' counsel, and I expressly adopt its content on behalf of the Defendants' in this action and state that it was not authored or filed by Mr. Orsland. I apologize for any confusion that my filing error may have caused.

I thank the Court for its consideration of this matter.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: *Via ECF*
All counsel of record